DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEVERN CLEMONS, III,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1320

[October 1, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Hon. William L. Roby, Judge; L.T. Case No. 22000278CFAXMX.

Daniel Eisinger, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Paul Patti, III, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Brown v. State*, 719 So. 2d 882 (Fla. 1998).

CIKLIN, LEVINE and SHEPHERD[1], JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1] Judge Shepherd served as an Associate Judge for the month of September.